UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

PATRICK MANLEY, et al,

                Plaintiffs,

-against-

AMERICAN HOME MORTGAGE
INVESTMENT CORPORATION et al,

                Defendants.

------------------------------------------------------x

Civ. No.: 04-CV-08606(JGK)

**CONSENT TO SUE FORM**

## CONSENT TO SUE

I hereby consent to be a plaintiff in the lawsuit named <u>Patrick Manley, et al.</u> v. <u>American Home Mortgage Investment Corp., et al.</u>. I hereby consent to the prosecution of any claims that I may have under the Fair Labor Standards Act for unpaid overtime, liquidated damages, attorney's fees, costs, and other relief, against the defendant.

I authorize the Law Office of Dan Getman, its successors and assigns, to represent me in this case.

By signing and returning this consent to sue, I understand that I will be represented by the Law Office of Dan Getman without prepayment of attorney's fees. I understand that if plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment first. I understand that the Law Office of Dan Getman may petition the court for an award of fees and costs to be paid by defendant on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the defendant or one-third of my total settlement or judgment amount (including fees), whichever is greater.

Dated:

Signature: Matthew Bennet
Name: Matthew Bennet
Address: 33 Dorothy St.,
Port Jefferson Sta.
NY 11776
Phone: 631-338-4595
Email: DieselMSS2@aol.com

Mail or fax this completed form by February 20, 2006, to: Law Office of Dan Getman, 9 Paradies Lane, New Paltz, NY 12561, fax: 845-255-8649. You may also complete this form and then email it in .pdf form to: getmanlaw@hvc.rr.com