UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PATRICK MANLEY, et al.,

                Plaintiff,

                                                                          04 civ 8606 (JGK)

    -against-

AMERICAN HOME MORTGATE INVESTMENT CORP., et al.,
                Defendant.
-----------------------------------------------------------------X

### ORDER

A conference in this matter is hereby scheduled for **Thursday, August 13, 2009 at 4:30pm.**

**SO ORDERED.**

                                                              JOHN G. KOELTL
                                                   UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       August 6, 2009

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/09